IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LITA CORBELLA,

      Plaintiff,                       No. CIV S-07-1020 RBB EFB PS

      vs.

BENJAMIN FRIEDMAN, et al.,      ORDER

      Defendants.

_____/

      This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On August 9, 2007, plaintiff filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, in support of her request that the previously paid filing fee be refunded. The court has reviewed the application and denies it as incomplete (plaintiff fails to inform the court of the amount of her take-home salary and wages of her job, nor does she explain the frequency with which she receives "$100 to $500" in connection with her tanning business). Because plaintiff has failed to inform the court regarding her alleged inability to pay the filing fee, the application fails to meet the requirements of 28 U.S.C. § 1915(a).

      Furthermore, the court notes that service has already been effected on defendants, who have filed a motion to dismiss, scheduled for hearing on August 29, 2007. That motion raises

serious questions regarding the court's subject matter jurisdiction. Plaintiff, whose opposition to that motion was due on August 15, 2007, has not opposed the motion. E.D. Cal. L.R. 78-230(c).[1] Rather, on August 9, 2007, plaintiff filed an amended complaint.

The court deems the currently pending motion to dismiss as directed at the amended complaint. Because that motion raises substantial questions regarding the court's subject matter jurisdiction, which the amended complaint does not appear to cure, the court hereby orders plaintiff to file an opposition, if any, or a statement of non-opposition, to the pending motion within fifteen (15) days from the date of service of this order. Upon defendants' filing of a reply brief, if any, five (5) days thereafter, the matter will be deemed submitted pursuant to Local Rule 78-230(h). Accordingly, the August 29, 2007, hearing is vacated and will be rescheduled only if the court determines that further oral argument is necessary.

Failure to file an opposition will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed. *See* Local Rule 11-110; *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

In accordance with the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is denied;

2. Defendants' motion to dismiss, currently scheduled for hearing on August 29, 2007, is deemed directed toward the amended complaint filed on August 9, 2007;

3. Plaintiff is ordered to file an opposition, if any, or a statement of non-opposition, to the pending motion within fifteen (15) days from the date of service of this order. Failure to file an opposition will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed;

---

[1] Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. That rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." *Id.*

4. Upon filing of defendants' reply brief, if any, the matter will be deemed submitted. *See* Local Rule 78-230(h); and,

5. The August 29, 2007, hearing is vacated.

DATED: August 21, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3