IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LITA CORBELLA,

       Plaintiff,                           CIV-S-07-1020 JAM EFB PS

      vs.

ESTATE OF BENJAMIN FRIEDMAN, et al.,

       Defendants.                        ORDER

       On February 25, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

       Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

       The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

1   Accordingly, IT IS ORDERED that:

2   1. The proposed Findings and Recommendations filed February 25, 2008, are ADOPTED;

2. Defendants' July 17, 2007, September 12, 2007, and October 19, 2007, motions to dismiss pursuant to Rule 12(b)(1) and Rule 12(b)(6) are granted; and,

3. The Clerk is directed to close the case.

DATED: 9/26/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE